DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHANIE GALE KANTER,**
Appellant,

v.

**ADAM KANTER,**
Appellee.

No. 4D2021-2080

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda Alley, Judge; L.T. Case No. FMCE15-4139.

Doreen Inkeles and Randall Shochet of Shochet Law Group, Trenton, for appellant.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***